COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case numbers:  01-12-01138-CR, 01-12-01139-CR, 01-12-01140-CR, and 01-12-01141-CR

Style:   *Jerome Goody v. The State of Texas*

Date motion filed:      October 25, 2013

Party filing motion:    Appellant


The Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.



Judge's signature:      /s/ Terry Jennings
                         Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.



Date:  March 11, 2014